# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDRE' THOMAS

NO. 2021 KW 1170

**DECEMBER 20, 2021**

---

In Re:   Andre' Thomas, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-18-0599.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT GRANTED** for the sole purpose of transferring the Motion for Production of Documents to the district court for its consideration. The original of the writ application will be forwarded to the district court clerk of court.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT